IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY GIOVANNI JOSEPH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAURA S. ROBINSON; UNITED STATES OF AMERICA,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 14-3779 WHA (PR)<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

　　　　Plaintiff, a California prisoner, filed this pro se civil rights action pursuant to 42 U.S.C. 1983. Pursuant to the referral notice from the United States Court of Appeals for the Ninth Circuit, the appeal has been determined to be frivolous. Therefore, leave to proceed in forma pauperis on appeal is **DENIED**. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

　　　　The Clerk shall transmit a copy of this order to the Court of Appeals.

　　　　**IT IS SO ORDERED.**

Dated: December   12  , 2014.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE